STATE OF NEW JERSEY v. WILBERT WHEELER, III.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN ROGERS.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK LAWRENCE.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN JOHNSON.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. IRVING HENDERSON.

October 20, 1987.

Petition for certification denied.